22 So.2d 350

### W. T. HALE v. Mrs. W. C. LAYER.
4 Div. 863.

Court of Appeals of Alabama.
May 22, 1945.

J. H. Wilkerson, of Troy, for appellant.
John C. Walters, of Troy, for appellee.

RICE, Judge.

This is a companion case to the case of W. T. Hale v. W. C. Layer, ante, p. 86, 22 So.2d 345, recently decided by this court.

Upon the authority of the opinion and decision in that case the judgment here appealed from is reversed and the cause remanded.

Reversed and remanded.